IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v- 24-CR-6032 (BKS)

AKRAM MARSEET,

Defendant.

---

**GOVERNMENT'S WITNESS LIST**

THE UNITED STATES OF AMERICA, by and through its attorneys, Michael DiGiacomo, United States Attorney for the Western District of New York, and Everardo A. Rodriguez, Assistant United States Attorneys, of counsel, hereby files its Witness List and requests leave to add witnesses if more information is obtained prior to and during the trial.

DATED: Rochester, New York
November 7, 2025

MICHAEL DIGIACOMO
United States Attorney

By: s/EVERARDO A. RODRIGUEZ
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585-399-3950
Everardo.Rodriguez@usdoj.gov

## GOVERNMENT'S WITNESS LIST

1. **Elizabeth Burger**, U.S. District Clerk's Office, Rochester, NY. She is expected to testify regarding her interactions with Akram Marseet and Drew Fowler.

2. **Christin Cornetta**, c/o U.S. District Court, Rochester, NY. She is expected to testify regarding her interactions with defendant in WDNY No. 20-CV-7096.

3. **Chad Eaton**, United States Deputy Marshal, Rochester, NY. He is expected to testify regarding his involvement in this investigation.

4. **Seth Fleitman**, Special Agent, Federal Bureau of Investigation, Greensboro, NC. He is expected to testify regarding his involvement in this investigation.

5. **Drew Fowler**, Rochester, NY. He is expected to testify regarding his interactions with Akram Marseet.

6. **John Folwell**, Rochester, NY. He is expected to testify regarding his interactions with Akram Marseet and Drew Fowler.

7. **Bastian Freund**, Special Agent, Federal Bureau of Investigation, St. Louis, MO. He is expected to testify regarding his analysis of cell site data from Marseet's cell phone.

8. **United States District Judge Frank P. Geraci, Jr.**, Rochester, NY. He is expected to testify regarding his involvement in the civil litigation between defendant and RIT in WDNY No. 20-CV-7096 and his reaction to the threat by Marseet.

9. **Andrew Jasie**, Task Force Officer, Federal Bureau of Investigation, Rochester, NY. He is expected to testify regarding his involvement in this investigation.

10. **Alyssa Koston**, Digital Forensic Examiner, Federal Bureau of Investigation, Buffalo, NY. She is expected to testify regarding her handling and analysis of seized digital devices.

11. **Sean Oman**, Assistant Chief United States Marshal, Denver, CO. He is expected to testify regarding his involvement in the arrest of defendant and the seizure of evidence from defendant's residence.

12. **Paul Otto**, United States Deputy Marshal, Denver, CO. He is expected to testify regarding his involvement in the arrest of defendant and the seizure of evidence from defendant's residence.

13. **United State Magistrate Judge Marian W. Payson**, Rochester, NY. She is expected to testify regarding her involvement in the civil litigation between defendant and RIT in WDNY No. 20-CV-7096 and her reaction to the threat by Marseet.

14. **Brian Poole**, Digital Forensic Examiner, Federal Bureau of Investigation, Buffalo, NY. He is expected to testify regarding his handling and analysis of seized digital devices.

15. **Robert Price**, Digital Forensic Examiner, Federal Bureau of Investigation, Buffalo, NY. He is expected to testify regarding his handling and analysis of seized digital devices.

16. Representative from **New York State Commission of Judicial Conduct**. He/she is expected to testify regarding a complaint by Akram Marseet against Judge Payson.

17. Representative from **Remote Legal Court Reporting**. He/she is expected to testify regarding the transcript and audio recording of the deposition of Tony Yazback on or about September 7, 2022, in WDNY No. 20-CV-7096.

18. Representative from **T-Mobile**. He/she is expected to testify regarding cell phone records for Marseet's cell phone.

19. Representative from **Wikipedia**. He/she is expected to testify regarding a Wikipedia and Marseet's edits to Judge Geraci's Wikipedia page.

20. **Timothy Smith**, Digital Forensic Examiner, Federal Bureau of Investigation, Buffalo, NY. He is expected to testify regarding his handling and analysis of seized digital devices.