United States District Court

Western District of New York

---

United States of America, Plaintiff

-Vs- 24-CR-6032 BSK

Akram Marseet, Defendant

---

**Defendant's Second Amended List of Witnesses**

Pro Se Defendant Akram Marseet and pursuant to **Rule 12** and to the witnessess' **confronataion clause** to the Sixth Amendment is submitting his First Amendment list of witnesses where new witnesses have appeared after Mr. Marseet submitted his initial list of witnesses and upon Government production of some of Brady materials.

This list contain different types of witnesses; defense witnesses, fact witnesses, Government witnesses, and expert witnesses.

**In addition, Defendant requests from the Court to direct the Government to produce witness Kevin Cronin who attempted to assassinate Mr. Marseet and forced Mr. Marseet to end his life in collusion with the Terrorist Organization RIT**.

Defendant kindly and respectfully request permission to amend this list if new witnesses are discovered.

**Initial List of Government Witnesses.**

The initial list includes the following witnesses:

1. **Akram Marseet**: A hostage at 130 S Plymouth Ave, Rochester NY, 14614

Akram Marseet is the Judicial inmate, hostage, and victim of the criminal and civil conspiracies by Chief Judge Elizabeth Wolford, Chief Judge Brenda Kay Sannes, Supervisory Deputy US Marshal Juan Deleon, Deputy US Marshal Chad Eaton, Drew Folwer, and others. Mr. Marseet's testimonies will about, inter alia,:

**a**) The crimes of perjury, fraud, conspiracy of fraud, and subornation of Perjury by this venue to fabricate and proceed this fabricated against him.

**c**) The corruption in the Judicial system to educate the fact finders.

**d**) The Field of Telecommunications including Cellularal Mobile Networks.

**e**) The metadata of pdf files and how the Government committed crimes of fraud and crimes of tampering with evidence including deleting metadata from relevant pdf files.

**f**) The lies and misleading statements by Government Counsel Everado Rodriguez especially his lie about the phone call conversation with Mr. Marseet regarding the rough draft of the affidavit in support of the complaint before it was finalized by Rodriguez.

**g**) The perjured testimonies by Government witnesses including Chad Eaton, Drew Fowlers.

**h**) Government crimes of perjury and subornation of perjury before the first grand jury and how the Government secured unconstitutional indictment.

**i**) The lies and crime of subornation of perjury by what so called Chief Judge United States District Judge Brenda Kay Sannes and how she has colluded with the Government.

**j**) The assassination attempts by defendant Rochester Institute of Technology and other Federal Agent(s)

2. **Elizabeth Wolford**: (Government witness)

Working at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Elizabeth Wolford is the Chief United States District Judge who committed crimes of fraud, conspiracy of fraud, and subornation of perjury to initiate and proceed this fabricated case against Mr. Marseet where she sgined the affidavit (DKT No. 1, pages 2-6) in support of the complaint which contains the Material Perjured Testimony while she had known it is a perjured testimony because the day before, Elizabeth Wolford received an email (attached hereto as Exhibit. 1) from the main witness in which the main witness fabricated his first statement which is not a threat as a matter of law and despite the fact that Mr. Marseet did not make any of the two fabricated statements.

**b**) By signing an affidavit that containing material perjured testiony and initiating a criminal prosecution against Mr. Marseet, what so called Chief United States District Judge Elizabeth Wolford engaged in the most flagrant judicial misconduct that violates Defendant's Fourth Amendment right and violated the Due Process of Law under the Fifth, Sixth, and Fourteenth Amendments.

**c**) Mr. Marseet needs to cross examin Government Co-conspirator Elizabeth Wolford about her task in the criminal conspiracies against Mr. Marseet.

**d**) The testimony of Judge Worlfor is also material to prove that none of the falsely alleged victims engaged in the performance of their official duties.

**e**) The testimony of Elizabeth Wolford is material to rebut the Government's attack to Mr. Marseet.

**f**) The testimony of Elizabeth Wolford is material because the Government is still withholding material evidence including emails between the court personnel.

**g**) The testimony of Elizabeth Wolford is material to prove that this venue is impropre to prosecute Mr. Marseet.

**h**) The testimony of Elizabeth Wolford is material to prove that this venue is racist.

**i)** Eizabeth Wolford has been obstucting Marseet's Justice and proving that this venue is racist and spporter to criminals like RIT.

3. **Judge Scott Varholak**: (**<u>Expert and/or Fact Witness for Defendant Marseet</u>**)

Working at the District Court of Colorado, Denver

**a)** Scott Varholak is the United States Magistrate Judge at the District of Colorado who issued the determination of Probable cause and ordered to detain Mr. Marseet based on perjured testimonies from the case agent Chad Eaton (including the his convey of the perjured testimony by the intake clerk), omissions of Exculpatory evidence, and misrepresentations from the Government in violation of the Fourth Amendment and in violation of the Due Process of Law under the Fifth, Sixth, and Fourteenth Amendments.

**b)** The testimony of Mr. Varholak is material at trial to affirm that this falsified case is Unconstitutional because it is based on crimes of perjury, fraud, conspiracy of fraud, and subornation of perjury.

**c)** The testimony of Judge Varholak is material because it will help the fact finder (Jury) to find Defendant is innocent.

4. **Frank Geraci**: (falsely alleged victim) and will be cross-examined by Mr. Marseet.

Working at 100 State Street Rochester NY 14614

**a)** Frank Geraci is the United States District Judge who was assigned to Marseet's civil case against RIT.

**b)** Frank Geraci lied against Mr. Marseet.

**c)** Frank Geraci lied in favor of defendant RIT.

**d)** Judge Geraci covered up the crimes of Fraud by defendant RIT including fraud to the court.

**e**) Judge Geraci covered up the crimes of perjury by defendant RIT during the civil case.

**f**) Judge Geraci covered up the crime of victim tampering by defendant RIT.

**g**) Judge Geraci covered up the shameful and disgraceful Judicial misconduct by Judge Marian Payson.

**h**) Judge Geraci engaged in discrimination and double standard against Mr. Marseet.

5. **Marian Payson**: (Falsely alleged victim)

Marian Payson is the Magistrate Judge in the civil case who engage in shameful and disgraceful Judicial misconduct very close to the Judicial misconduct by Frank Geraci. Marian Payson used abusive, offensice, aggressive language against Mr. Marseet by claiming she was woried about her safety and the the safety of her family from Marseet who does not know any of her family members, does not know even her face, does not know where she lives and does not care where she lives. Marian Payson will be cross-examined by Mr. Marseet and her testimony will be used to rebut to Government's perjured testimonies and the drama it will conduct before the Jury and Mr. Marseet will prepare well.

6. **Juan Deleon**: (Government Witness)

Upon information and bilef, Working for the US Marshal Services at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Juan Deleon is Supervisory US Marshal Service.

**b**) Juan Deleon is a conspirator with Elizabeth Wolford and Chad Eaton in the crimes of fraud, conspiracy of fraud, and subornation of perjury to initiate this fabricated case and to kidnap Mr. Marseet.

**c**) The testimony of Juan Deleo at trial is material especially about the fabrication of evidence.

7. **Jonh Serdula**: (Government Witness)

Upon information and belief, Jonh Serdula is working for the US Marshal Services at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Jonh Serdula is a conspirator with Chad Eaton, Juan Deleon, and Elizabeth Wolford in the crimes of fraud, conspiracy of fraud, and subornation of perjury against Mr. Marseet.

**b**) Jonh Serdula is one of the co-conspirators who attempted to fabricate a threat charge against Mr. Marseet Six months before the fabrication of this case.

**c**) The testimony of Jonh Serdula is material to, inter alia, rebut the Government.

8. **Mathew Parker**: (Government Witness)

Upon information and belief, Mathew Parker is working for the US Marshal Services at 100 State Street, Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Mathew Parker is a Senior Inspector US Marshal Service-Judicial Security Center.

**b**) Upon information and belief, Mathew Parker is one of the co-conspirators with Juan Deleon, Jonh Serdula, Chad Eaton, and others in the criminal conspiracies against Mr. Marseet and his name is in the communications withe other prosecutors/investigators

**c**) The testimony of Mr. Parker at trial is material especially he will reveal other relevant information the Government has withheld.

9. **John Folwell**: (Government Witness)

Working at the Clerk Office at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Mr. Folwell is a Clerk officer whom Mr. Marseet has interacted with him officially and professionally since 2022 till recently.

**b**) The testimony of Mr. Folwell is material at trial especially he has a lot of information

related to the civil case and this case.

10. **Dawn Kons**: (Government Witness)

Working at the Clerk office at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Upon information and belief, Ms. Kons was a Clerk officer who had interacted with Mr. Marseet.

**b**) The testimony of Ms. Kons is material to the pejured testimonies by the prosecution.

11. **Mary Loewenguth**: (Government Witness)

Working at the Clerk office at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Ms. Loewenguth is a Clerk officer.

**b**) Ms. Loewenguth is aware of the first falsified statement the intake clerk fabricated and described it as the Exact language of Mr. Marseet.

**c**) The testimony of Ms. Loewenguth is material at trial especially she may have other information.

12. **Iiz Burger**: (Government Witness)

Working at the Clerk Office at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) If Mr. Marseet was not mistaken, Liz Burger is one of the supervisors of the intake clerk.

**b**) Liz Burger might be one of those who received the email from the intake clerk.

13. **Rosmeraric M. Eby-Collom**: (Government Witness)

Working for the US Marshal Services at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Upon information and belief, Mr. Collom is one of the co-conspirators who committed crimes of fraud and subornation of Perjury with the intake clerk, Chad Eaton, and others.

**b**) Mr. Collom is the witness who signed the perjured testimony by the intake clerk.

14. **Drew Fowler**: (Government Witness)

Working at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Mr. Fowler is the Intake clerk who committed the crime of perjury by providing perjured testimony to the case agent under penalty of perjury where he falsely claimed Mr. Marseet said "*If I ever come across any of you, you will be dead*" while before he provided this perjured testimony, he (Fowler) falsely claimed Marseet stated "*If he came acrossed Judge Geraci, Judge Payson, or me, we would be dead ...*"

**b**) Mr. Fowler also omitted the Substantial Exculpatory evidence that Mr. Marseet had a second phone call with him on the same day.

**c**) Mr. Fowler also lied to Mr. Marseet on 12-18-2023, 12-28-2023, and 01-08-2024 and acted in bad faith to not send what Mr. Marseet requested and at the end, he sent a document which Mr. Marseet did not request and was not on the docket of the civil case.

**d**) The testimony of the intake clerk is material at trial because it will disclose who are the other co-conspirators of the crime of subornation of Perjury.

15. **Chad Eaton**: (Government witness)

Working for the US Marshal Services at 100 State Street Rochester NY 14614 and will be cross-examined by Mr. Marseet.

**a**) Chad Eaton is one of the cirminals who committed crimes of perjury, fraud, conspiracy of fraud to fabricated this case against Mr. Marseet and to indict Mr. Marseet.

**b**) Chad Eaton is the case agent and investigator who interviewed witnesses including the

main witness, passed perjured testimony to the USAO, and provided perjured testimony to the Magistrate Judge and to the Grand Jury.

16. **Andrew Jasie:** (Government witness)

Mr. Jasie is Government's witness who testified before the Grand Jury in the superseding indictment and conspired with Government's lead Counsel Everado rodriguez and provided false and misleading information to the Grand Jury.

17. **Seth Fleitman** (Government Witness)

Seth Fleitman is an FBI agent who committed crimes of perjury, fraud, and conspiracy of fraud by signing an affidavit in support of a search warrant that contains material perjuryed testimony.

In addition, Seth Fleitman interviewed several witnesses and his testimony is material at trial.

18. **Charles Salina** (Government Witness)

A US Marshal Services officer at the WDNY and will be cross examined by the Defendant regarding attempting to fabricate a threat charge against Mr. Marseet and will be cross examined about this fabricated case.

19. **Christin Murphy Cornetta**: (Government Witness)

Working address: 100 State Street Rochester NY 14614

Christin Murphy Cornetta was a Confidential Law Clerk to Judge Marian W. Payson and she colluded with Defendant RIT during the deposition of Tony Yazback.

20. **Anthony (Tony) Yazback** (RIT Public Safety Officer)

Tony Yazback is one of those who attempted to assassinate Mr. Marseet and proivided perjured testimonies (false statements) during his deposition under oath and was manipulative

in his answers which had cause increase of Marseet's blood preasure.

**a**) The Government wants to use the transcript and the audio recording of the deposition of Mr. Yazback.

**b**) Yazback was interviewed by FBI Agent in the presence of Chad Eaton and Everado Rodriguez.

**c**) The testimony of Tony Yazback is material at trial to prove that Marseet is innocent and disclose the corruption and filthy racism by this venue against Mr. Marseet.

**Note**: Even though Tony Yazback attampted to assassinate Mr. Marseet, Mr. Marseet accepted to meet with him at Barnes's Nobel store and Marseet hosted him a tea and Yazback has not been dead.

21. **Kevin Cronin**: (Government Witness)

Kevin Cronin is the criminal who attempted to assassinate Mr. Marseet in collusion with Tony Yazback and forced Mr. Marseet to end his life.

The testimony of Cronin is material to prove that Mr. Marseet was suffering panic attack and to prove that even though Cronin joeparadized Marseet's life, Marseet did not threaten him.

22. **The informant Inmate** who lied that he heard Marseeet threatened and recorded conversations with Mr. Marseet.

Judge Payson told an FBI agent about the falsified threat this inmate informed the Government.

23. **All the FBI agents who worked with the informant inmate**.

24. **Marseet's Private Investigator**, Scott Parker:

Mr. Marseet preserves his right to direct examine Scott Parker especially. Mr. Marseet needs

the private investigator to examine the discovery, prepare evidence, and testify about several material matters related to this fabricated case.

25. **Potential Handwriting Expert Witness (if found)**:

Marseet will introduce a handwriting expert to testify about the crimes of fraud the Government committed in some of its discovery materials especially documents that contain the perjured testimony.

Till now Mr. Marseet could not find Handwriting expert. However, Mr. Marseet was given a phone number and he will request from the private investigator to reachout to him and interview him and if his testimony is material, Marseet will introduce him/her.

26. **Potentioal Linguistic Expert**: (Expert and/or Defense Witness)

Marseet needs a linguistic expert to evaluate Marseet's English language level and speaking and to testify about the two fabricated statements at issue and to impeach Government's witness Chad Eaton who misled the HGrand Jury about Marseet's English Language.

27. **Kristyn Riley**: (Defense and Fact Witness) Works at the Student Health Center at Colorado School of Mines, Golden-Coloardo.

a) Ms. Riley is Marseet's physicial medical provider where Mr. Marseet had medical visit with her on the same of the fabricated threat.

b) The testimony of Dr. Riley is material to prove that Mr. Marseet is innocent.

c) In other cases, the Government itriduced testimonies by other defendant(s) mental/medical providers to support its burdent of proof.

28. **Dr. Foley: Marseet's Expert Witness**.

Dr. Foley is one of Defendant's psychiatric expert witnesses who will testify about the mental

health conditions of the Defendant before and during the fabricated offense to prove that Defendant is innocent, to cross examin Government witnesses Frank Geraci, Marian Payson, and Chad Eaton who lied about Defendant's mental health conditions, to negate the intent element if the Jury will believe the perjured testimonies by the Government, to negate another essential element in the first fabricated Count, to support the insanity defense.

29. **Brian Cummings**.

Brian Cummings is a forensic expert witness who will testify about the discovery from Defendant's electronic devices.

30. **Erin Manzohilio** (Defendant's Mental health provider at Colorado School of Mines.)

Dr. Manzohilio's testimony is material to prove Defendant is innocent.

31. **Warren Kennison** (Defense Witness)

Mr. Kennison is Defendant's landlord and his potentional testimony is material to prove that Mr. Marseet is innocent.

32. **Lay Witness No.1**

A potential Lay witness No. 1 may testify pursuant to **United States v. Buchanan, criminal action 24-256 (CKK) (D.D.C. Apr 14, 2025)** to prove Mr. Marseet is innocent, to rebut the Government, or if the Jury will believe the perjured testimonies by the Government, Lay witness No. 1's testimony will be material to negate the intent element and in worst case scenario to support irresistive impulsive defense because as Mr. Marseet remembers, this lay witness told Marseet about his impulsive response.

33. **Tuly Hazbar**: A former RIT employed female Student

**a)** Tuly Hazbar is the female who took advantage of Marseet's kidness and lied against him

and destroyed his life because Marseet detected this female was using the research lab for sexual activities including Pornography (topless and bottomless) by taking images and video calls.

**b**) The testimony of Tuly Hazbar is material because it will help the Jury to understand that Mr. Marseet is not a violence person, to understand that Mr. Marseet is a victim of conspiracies, and allow the Jury to understand that RIT provided fraudulent material to the court, **and to help the Jury to believe that Mr. Marseet is innocent**.

**c**) The Government provided the Grand Jury with incomplete information about this witness and misled the Jury accusing Marseet submitted nudity picture without explaining to the Jury the material of this evidence and the legal basis Marseet relied on to submit this evidence.

**d**) The testimony of Tuly Hazbar is also material and relevant especially Mr. Marseet **came across** Tuly Hazbar after she destroyed Marseet's life and on the same day RIT retaliated against Mr. Marseet and caused him lost his academic admission, but Tuly Hazbar was not dead.

**e**) **The testimony of Tuly Hazbar is relevant to DKT#157, 200, 198, 224**, and other filings in the civil case **to cross examin Chad Eaton, Frank Geraci, Marian Payson, Tony Yazback, and other Government's witnesses**.

**f**) The testimony of Tuly Hazbar is material to rebut Government's false allegations against Mr. Marseet.

Date: 04-14-2026

Akram Marseet
Pro Se